## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Skyline Design, Inc., an Illinois Corporation
v.
Vitre, Inc., a New York corporation and GMD Industries and Designer Glass, Inc., a New York corporation

Case Number:

FILED STAMPED: JULY 16, 2008
08CV4043
JUDGE ANDERSEN
MAG. JUDGE VALDEZ
J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Skyline Design, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Tejal S. Desai | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Tejal S. Desai | |
| FIRM<br>Fuchs & Roselli, Ltd. | |
| STREET ADDRESS<br>440 W. Randolph Street, Suite 500 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280834 | TELEPHONE NUMBER<br>(312) 651-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |