# United States District Court for the Northern District of Illinois

Case Number: 08CV4043       Assigned/Issued By: DAJ

Judge Name:                 Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

_2_ Original and _0_ copies on _08/07/08_ as to _GMD DESIGNER GLASS INC,_
                              (Date)
_GMD DESIGNER GLASS INC C/O Rodriguez._
_____

C:\wpwin80\docket\feeinfo.frm   03/14/05