**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**SKYLINE DESIGN, INC.** an Illinois Corporation,

***Plaintiff,***

**v.**

**VITRE, INC.**, a New York corporation, and **GMD INDUSTRIES** and **DESIGNER GLASS, INC.** a New York corporation.

***Defendants.***

**CASE NO. 08 CV 4043**

**JUDGE ANDERSEN**
**MAG. JUDGE VALDEZ**

**NOTICE OF FILING**

Please take notice that on August 26, 2008, we filed with the Clerk of the Northern District of Illinois the Sheriff's Affidavit of Service for **GMD Designer Glass, Inc., c/o George B. Rodriquez**, a copy of which is attached hereto.

Respectfully submitted,

**SKYLINE DESIGN, INC.**

By: __/s/ Tejal S. Desai_________________
One of Its Attorneys

Richard C. Perna
Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street
Suite 500
Chicago, Illinois 60606
Telephone: (312) 651-2400

# SHERIFF'S AFFIDAVIT OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION

SHERIFF'S CASE # **08019892**
DOCKET/INDEX # **08 CV 4043**

**DISTRICT COURT, STATE OF ILLINOIS**
**NOT LISTED**

-----------------------------------------------------------x

**SKYLINE DESIGN, INC**

PLAINTIFF/PETITIONER

VS

**VITRE,INC,A NEW YORK CORPORATION AND GMD INDUSTRIES AND GLASS DESIGNERS,INC, A NEW YORK CORP**

DEFENDANT/RESPONDENT

-----------------------------------------------------------x

**STATE OF NEW YORK}**
**COUNTY OF QUEENS COUNTY} SS:**

I, **MICHAEL ANZALONE**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **8/12/2008**, at approximately **9:45AM** at **129-20 18TH AVENUE COLLEGE POINT, NY 11356** in the borough of **QUEENS**, County of **QUEENS COUNTY**, I served the annexed: **SUMMONS AND COMPLAINT** upon **GMD DESIGNER GLASS, INC**, in the following manner:

**[X] PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, GEORGE B. RODRIQUEZ, a true copy thereof. Said person stated he/she was OWNER an agent authorized to accept service of legal process.

**[X] DESCRIPTION:**

Skin Complexion: **LIGHT** Sex: MALE Approx. Age:55 Height: 5'10"
Weight180 **lbs.** Hair Color: **GREY**

**SHERIFF OF THE CITY OF NEW YORK**
**Lindsay Eason**

**Dated: 8/12/2008**

**BY:** Michael Anzalone
**DEPUTY SHERIFF**
**MICHAEL ANZALONE 331**

**Notary**
**Sworn before me**
**this** 19th **day of** August **20**08

Marie Jose Richard
Marie Jose Richard
Commissioner of Deeds
City of New York No. 4-5035
Certificate Filed in Queens, Cty
Commission Expires 5/1/10