IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SKYLINE DESIGN, INC.** an Illinois Corporation, <br><br> *Plaintiff,* <br> v. <br><br> **VITRE, INC.**, a New York corporation, and **GMD INDUSTRIES** and **DESIGNER GLASS, INC.** a New York corporation. <br><br> *Defendants*. | **CASE NO.**   08 CV 4043 <br><br> **JUDGE ANDERSEN** <br> **MAG. JUDGE VALDEZ** |

## NOTICE OF FILING

Please take notice that on August 26, 2008, we filed with the Clerk of the Northern District of Illinois the Sheriff's Affidavit of Service for **Vitre Inc. c/o Spiegel & Utrera, P.A., P.C.**, a copy of which is attached hereto.

                                                  Respectfully submitted,

                                                  **SKYLINE DESIGN, INC.**

                               By:   __/s/ Tejal S. Desai_____
                                        One of Its Attorneys

Richard C. Perna
Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street
Suite 500
Chicago, Illinois 60606
Telephone: (312) 651-2400

**DISTRICT** COURT, _____ COUNTY, STATE OF **ILLINOIS**,

**SKYLINE DESIGN**
Plaintiff/Petitioner

Vs

**VITRE INC**
Defendant/Respondent

AFFIDAVIT OF SERVICE

Sheriff's Case No. **08020134**

Index No. **08 CV 4043**

STATE OF NEW YORK }
COUNTY OF NEW YORK } SS:

**BERNARD WAITES**, being duly sworn, affirms that he/she is a Deputy Sheriff of the City of New York, being over the age of eighteen years, is not a party to this action or proceeding, and served the annexed, **SUMMONS + VERIFIED COMPLAINT** in the above titled action or proceeding on the **18** day of **AUGUST**, 20**08**, at approximately **10:20** a.m./p.m., at **1 MAIDEN LANE**, in the borough of NEW YORK, County of NEW YORK, service was made upon **VITRE INC**, the defendant/respondent, in the following manner:

PERSONAL SERVICE  [ ]  By delivering to and leaving with the above named defendant/respondent personally a true copy thereof, said person being known as the person mentioned and described herein.

ALTERNATE PERSON  [ ]  By delivering to and leaving a true copy thereof with, _____, a person of suitable age and discretion, who is _____ to the defendant/respondent. Said address is the dwelling place/place of business of the party served.

AFFIXED TO PREMISES  [ ]  By affixing a true copy thereof to the door of the above mentioned address, said address being the [ ] dwelling place [ ] place of business of the defendant/respondent.

MAILED  [ ]  On _____ I mailed the _____ by first class mail to the defendant/respondent at his/her last known residence/actual place of business in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant/respondent.

CORPORATION  [X]  By delivering to and leaving with, **SEBASTIAN GHENTA, ATTORNEY**, a true copy thereof. Said person stated he/she is the **REGISTERED AGENT**, an agent authorized to accept service of legal process. **SPIEGEL + UTRERA**

STATUTORY FEE  [ ]  At the time of service, a statutory fee of $_____ was also left with the person mentioned and described herein.

OTHER:  [ ]  _____

DESCRIPTION  [X]  The person served is a [✓] Male [ ] Female and approximately:
Age: **30**  Height: **5'11"**  Weight: **170**  Skin: **WHITE**  Hair: **BLACK**

LUIS D. FELICIANO
Notary Public, State of New York
No. 02FE6037555
Qualified in Bronx County
Commission Expires Feb 22, 20**10**

Sworn to (affirmed) before me this
**18th** day of **August**, 20**08**

NOTARY

**Bernard Waites**
DEPUTY SHERIFF

8/29/98