IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SKYLINE DESIGN, INC.** an Illinois Corporation,<br><br>　　　　　　*Plaintiff,*<br>　v.<br><br>**VITRE, INC.**, a New York corporation, and **GMD INDUSTRIES** and **DESIGNER GLASS, INC.** a New York corporation.<br><br>　　　　　　*Defendants*. | **CASE NO.**　　08 CV 4043<br><br>**JUDGE ANDERSEN**<br>**MAG. JUDGE VALDEZ** |

### NOTICE OF FILING

　　　Please take notice that on August 26, 2008, we filed with the Clerk of the Northern District of Illinois the Sheriff's Affidavit of Service for **George B. Rodriquez**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**SKYLINE DESIGN, INC.**

　　　　　　　　　　　　　　By:　　__/s/ Tejal S. Desai_____
　　　　　　　　　　　　　　　　　　One of Its Attorneys

Richard C. Perna
Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street
Suite 500
Chicago, Illinois  60606
Telephone: (312) 651-2400

1



# SHERIFF'S AFFIDAVIT OF SERVICE
## PERSONAL DELIVERY

DISTRICT COURT, STATE OF ILLINOS
NOT LISTED
--------------------------------------------------x

**SKYLINE DESIGN, INC**

PLAINTIFF/PETITIONER

VS

**VITRE, INC, A NEW YORK CORPORATION AND GMD INDUSTRIES AND GLASS DESIGNERS, INC, A NEW YORK CORP**

DEFENDANT/RESPONDENT
--------------------------------------------------x

STATE OF NEW YORK}
QUEENS COUNTY} SS:

I, **MICHAEL ANZALONE**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **8/12/2008**, at approximately **9:45AM** at **C/O GEORGE B. RODRIQUEZ 129-20 18TH AVENUE COLLEGE POINT, NY 11356** in the borough of **QUEENS**, County of **QUEENS**, I served the annexed: **SUMMONS AND COMPLAINT** upon **GEORGE B. RODRIQUEZ**, in the following manner:

[X] PERSONAL DELIVERY

By delivering to and leaving with **GEORGE B. RODRIQEZ** personally a true copy thereof, said person being known as the mentioned and described herein.

[X] DESCRIPTION:

Skin Complexion: **LIGHT**   Sex: MALE            Approx. Age: 55   Height: 5'10"
Weight: 180 **lbs.**          Hair Color: **GREY**

[ ] STATUTORY FEE DESCRIPTION

At the time of service, a statutory fee $_____ was left with the person mentioned and described herein.

SHERIFF OF THE CITY OF NEW YORK
Lindsay Eason

Dated: 8/12/2008

BY: _Michael Anzalone_
MICHAEL ANZALONE
DEPUTY SHERIFF
SHIELD # 331

Notary
Sworn before me
this 19th day of August 2008

_Marie Jose Richard_
Marie Jose Richard
Commissioner of Deeds
City of New York No. 4-5035
Certificate Filed in Queens, Cty
Commission Expires 5/1/10

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
144-06 94TH AVENUE
JAMAICA, NY 11435